IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGG A. DEKTOR,<br><br>       Plaintiff,<br>v.<br><br>PETER BEALE, KPMG PARTNER,<br>JONATHAN WALLS, KPMG PARTNER,<br>KPMG LLP (f/k/a PEAT MARWICK),<br><br>       Defendants. | Case No.: 2:20-cv-01917<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

                     Respectfully Submitted,

| | |
|---|---|
| /s/Gregg Dektor<br>Gregg Dektor<br>131 Ridgemont Drive<br>Cranberry Township, PA 16066<br>412-916-4588<br>gdektor@gmail.com<br><br>*Pro se* Plaintiff | /s/Brazitte A. Poole<br>Brazitte A. Poole, Esq.<br>PA No. 327221<br><br>**Ogletree, Deakins, Nash,**<br>**Smoak & Stewart, P.C.**<br><br>One PPG Place, Suite 1900<br>Pittsburgh, PA 15222<br>412-230-8932<br>412-232-1799 (fax)<br>brazitte.poole@ogletree.com<br><br>Attorney for Defendant KPMG LLP |

Dated: June 15, 2022

IT IS SO ORDERED on this 15th day of June 2022 that this case is dismissed with prejudice.

The Clerk is to mark this case closed.

> /s/ Marilyn J. Horan
> Marilyn J. Horan
> United States District Judge